

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2020

No. 04-20-00049-CV

**IN THE INTEREST OF L.V.S., P.M.S. AND P.M.S, CHILDREN,**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-538
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on January 24, 2020. In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

The clerk of the court notified the appellant in writing that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served. The clerk instructed the appellant to file an amended notice of appeal certifying proper service on the responsible court reporter(s). An amended notice of appeal has not been filed.

A docketing statement must be filed with the notice of appeal. *See* Tex. R. Civ. P. 32.1(a) (providing an appellant in a civil case shall file a docketing statement promptly upon filing the notice of appeal).

Furthermore, a filing fee of $205 was due when this appeal was filed, but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Aug. 28, 2015).

The clerk of the court notified appellant of these deficiencies by letter dated January 24, 2020. The letter requested payment of the fee and filing of the docketing statement by February 3, 2020. The docketing statement has not been filed. Additionally, the fee remains unpaid, and appellant has not filed a sworn statement of inability to afford payment of court costs.

We therefore **ORDER** that appellant, on or before **March 27, 2020**, must either: (1) pay the filing fee; or (2) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed

without advance payment of costs). We additionally **ORDER** appellant to file the docketing statement on or before **March 27, 2020**.

It is **FURTHER ORDERED** that David Sergi file an amended notice of appeal in compliance with section 51.017(a) on or before **March 27, 2020**. If Mr. Sergi fails to file an amended notice of appeal within the time provided, an order will be issued directing Mr. Sergi to appear and show cause why he should not be held in contempt for failing to file the amended notice of appeal. The clerk of this court shall cause a copy of this order to be served on David Sergi by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2020.

MICHAEL A. CRUZ,
Clerk of Court